UNITED STATES of America,
Appellee,

v.

Leroy J. BROWN, Appellant.

No. 01–3778.

United States Court of Appeals,
Eighth Circuit.

Submitted Aug. 5, 2002.

Filed Aug. 28, 2002.

Before McMILLIAN, MORRIS
SHEPPARD ARNOLD, and BYE, Circuit
Judges.

PER CURIAM.

Leroy J. Brown appeals from the final judgment entered in the District Court[1] for the Western District of Missouri after he pleaded guilty to possessing methamphetamine in violation of 21 U.S.C. § 841(a)(1), and possessing a firearm in furtherance of a drug crime in violation of 18 U.S.C. § 924(c)(1)(A). The district court sentenced appellant to consecutive prison terms of 108 months and 60 months, followed by 3 years of supervised release. His counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing for reversal that the district court erred in not granting Brown's U.S.S.G. § 5H1.4 motion for a downward departure.

We conclude that the district court's discretionary refusal to grant a downward departure is unreviewable. *See United States v. Wolf,* 270 F.3d 1188, 1192 (8th Cir.2001). Having found no nonfrivolous issues following our independent review of the record in accordance with *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we grant counsel's motion to withdraw.

Accordingly, we affirm.

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.